No. 777. TURNBOW ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari granted. *Francis R. Kirkham, Harry R. Horrow* and *Francis N. Marshall* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, A. F. Prescott* and *Arthur I. Gould* for respondent.

No. 864. FEDERAL TRADE COMMISSION *v.* HENRY BROCH & Co. C. A. 7th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Loevinger, Charles H. Weston, PGad B. Morehouse* and *Alan B. Hobbes* for petitioner. *Frederick M. Rowe, Joseph DuCoeur* and *Harold Orlinsky* for respondent.

No. 769. FINKLE, EXECUTOR, ET AL. *v.* HOUSING AUTHORITY OF TRENTON. Supreme Court of New Jersey. Certiorari denied. *John A. Hartpence* and *John Wattawa* for petitioners. *Jules J. Kelsey* and *Arthur S. Kelsey* for respondent.

No. 858. COLLINS *v.* SOUTHERN PACIFIC Co. C. A. 9th Cir. Certiorari denied. *Thomas C. Ryan* and *Daniel V. Ryan* for petitioner. *Louis L. Phelps* for respondent.

No. 860. HIGH *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Myron G. Ehrlich* and *Joseph Sitnick* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.